1
2
3
4
5
6
7          **UNITED STATES DISTRICT COURT**
8          **CENTRAL DISTRICT OF CALIFORNIA**
9
10  FRANKIE PULE,                    )        No.  CV 09-1118-AHM (AGR)
                                     )
11                  Petitioner,      )
                                     )        ORDER ACCEPTING FINDINGS AND
12      v.                           )        RECOMMENDATION OF UNITED
                                     )        STATES MAGISTRATE JUDGE
13  ANTHONY HEDGPETH,                )
                                     )
14                  Respondent.      )
    _____)
15

16          Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the Petition, records

17  on file, and the Report and Recommendation of the United States Magistrate Judge.

18  Petitioner has not filed any Objections to the Report.  The Court accepts the findings

19  and recommendation of the Magistrate Judge.

20          IT IS ORDERED that Judgment be entered denying the Petition and dismissing

21  this action with prejudice.

22

23  DATED:   December 1, 2011        _____
                                                 A. HOWARD MATZ
24                                        UNITED STATES DISTRICT JUDGE

25

26

27

28