# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE PULE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ANTHONY HEDGPETH,<br><br>　　　　　　Respondent. | No. CV 09-1118-AHM (AGR)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED:　December 1, 2011　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**JS-6**